| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE JASPER _____ COURT |
| | ) SS. | |
| COUNTY OF JASPER | ) | SITTING AT RENSSELAER, INDIANA |

BRIAN GUGLER, )
)
    Plaintiff, )
)
v. )   CAUSE NO. 37C01-2306-CT-000575
)
CAYE GLOBAL LOGISTICS, LLC, )
and BRETT GENTLE, )
)
    Defendants. )
)

## COMPLAINT

### COUNT 1

Comes now the plaintiff, Brian Gugler, by his attorneys, Schafer & Schafer LLP Attorneys at Law, and for Count I of his Complaint against the defendants, Caye Global Logistics, LLC and Brett Gentle allege and state:

1. That plaintiff, Brian Gugler, at all times relevant herein was a citizen of the State of Ohio; County of Butler, Town of Hamilton.

2. That at all times relevant herein defendant, Brett Gentle, was operating a pick-up truck and trailer which was owned and maintained by defendant, Caye Global Logistics, LLC, and defendant, Brett Gentle was a permissive user of said truck and trailer.

3. That at all times relevant herein defendant, Brett Gentle, was working within the scope and course of his employment with defendant, Caye Global Logistics, LLC.

4. That on and prior to October 11, 2022, I-65 was a public roadway running in a generally north and south direction in the Town of Fair Oaks, County of Jasper, State of Indiana.

5. That on or about October 11, 2022, plaintiff, was a passenger in a car traveling

Scanned with CamScanner

northbound on I-65. That at the same time defendant, Brett Gentle, who was also driving north on I-65, carelessly and negligently struck the rear end of the automobile in which Brian Gugler was a passenger.

6. That defendant, Brett Gentle, carelessly, negligently, willfully and wantonly, failed to control his vehicle thereby causing the aforesaid collision, and further, was guilty of one or more of the following wrongful acts or omissions:

a. Carelessly, negligently, willfully and wantonly failed to maintain a proper and sufficient lookout.

b. Carelessly, negligently, willfully and wantonly was driving too fast for the conditions.

c. Carelessly, negligently, willfully and wantonly failed to keep his motor vehicle under proper control.

d. Carelessly, negligently, willfully and wantonly operated his truck so as to cause a collision with the vehicle plaintiff was a passenger in.

e. Carelessly, negligently, willfully and wantonly attempted to pass the vehicle that plaintiff was a passenger in when it was unsafe to do so.

f. Carelessly, negligently, willfully and wantonly failed to inspect the truck and trailer prior to its use.

g. Carelessly, negligently, willfully and wantonly failed to follow the Federal Motor Carrier Safety Regulations.

h. Carelessly, negligently, willfully and wantonly failed to use the care an ordinarily careful person would have used under the same or similar circumstances.

7. That defendant, Caye Global Logistics, LLC, carelessly, negligently, willfully and wantonly failed to properly maintain their truck and trailer thereby causing the aforesaid collision, and further, was guilty of one or more of the following wrongful acts or omissions:

a. Carelessly, negligently, willfully and wantonly failed to keep their truck and trailer in proper working condition.

Scanned with CamScanner

    b.    Carelessly, negligently, willfully and wantonly failed to follow the Federal Motor Carrier Safety Regulations.

    c.    Carelessly, negligently, willfully and wantonly failed to use the care an ordinarily careful trucking company would have used under the same or similar circumstances.

8.    That as a further direct and proximate result of one or more of the aforesaid wrongful acts or omissions of the defendants plaintiff, Brian Gugler, sustained severe and permanent injuries, disfigurement, deformity, physical pain, mental suffering, is unable to function as a whole person, and has a diminished quality of life.

10.    That as a further direct and proximate result of one or more of the aforesaid wrongful acts or omissions of the defendants, plaintiff, Brian Gugler, suffered multiple injuries including but not limited to a serious and permanent spinal injuries requiring a 3 level fusion surgery as well as a right shoulder injury which will likely require surgery, all of which require medical care and treatment, and further, has become liable for past and future medical expenses, has past and future lost wages and earning capacity, has and will be kept from attending to his ordinary affairs and duties and has and will lose great gains which he otherwise would have made and acquired and has sustained permanent injuries that has irreversibly altered his life.

WHEREFORE, plaintiff, Brian Gugler, demands judgment against the defendants, Caye Global Logistics, LLC and Brett Gentle for such sums as are reasonable in the premises, for compensatory and punitive damages, for costs of this action and for all other just and proper relief in the premises.

Scanned with CamScanner

Respectfully submitted,

SCHAFER & SCHAFER, LLP
ATTORNEYS AT LAW

BY: /s/Todd S. Schafer
TODD S. SCHAFER
Atty #29474-64
Attorney for Plaintiffs

### JURY DEMAND

Come now the plaintiffs, by counsel, and demand a trial by jury on issues triable by a jury.

Respectfully submitted,

SCHAFER & SCHAFER, LLP
ATTORNEYS AT LAW

BY: /s/Todd S. Schafer
TODD S. SCHAFER

Scanned with CamScanner